IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

    Plaintiff,                         CV F 06 0850 AWI WMW   P

   vs.                                 ORDER RE MOTION (DOC 8 )

P. RANGEL, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion to have the exhibits attached to his original complaint returned to him.   It is inappropriate to attach exhibits to a complaint. <u>See</u> Rule 8, Federal Rules of Civil Procedure. Further, the court cannot serve as a repository for the parties' evidence.  Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court).

       Accordingly, IT IS HEREBY ORDERED that:

       1.  Plaintiff's motion is granted.

       2.  The Clerk's Office is directed to return to Plaintiff the exhibits attached to his original complaint.

1
2  IT IS SO ORDERED.
3  **Dated:   January 18, 2007**              **/s/  William M. Wunderlich**
   j14hj0                                     UNITED STATES MAGISTRATE JUDGE
4
5
...
26