IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

    Plaintiff,               CV F 06 0850 AWI WMW P

    vs.                          ORDER RE MOTION (DOC 12)

C/O RANGEL, et al.,

    Defendants.

    Plaintiff has filed a motion titled as a motion "that this matter be moved through the court in a timely manner." Plaintiff has been granted leave to file an amended complaint, which is due on August 30, 2007. Should Plaintiff fail to do so, this action will proceed on the orignal complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

Dated:   August 2, 2007                 /s/ William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE