IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


ROBERT HACKWORTH,

            Plaintiff,                      1: 06 CV 0850 AWI WMW PC

     vs.                             FINDINGS AND RECOMMENDATION

C/O RANGEL, et al.,

            Defendants.


Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

By order filed August 1, 2008, the court issued an order dismissing the operative complaint for failure to state a claim as to Plaintiff's disciplinary hearing claim and directing Plaintiff to file an amended complaint within thirty days.  Plaintiff has not filed an amended complaint.

In the August 1, 2008, order the court informed Plaintiff of the deficiencies in his complaint, and dismissed the disciplinary hearing claim on the ground that Plaintiff had failed to state a claim upon which relief could be granted.  The court specifically advised Plaintiff that if he failed to file an amended complaint, the court would recommend dismissal of his claim regarding his disciplinary process.  Because Plaintiff has not filed an amended complaint, the

1   court recommends dismissal of Plaintiff's disciplinary hearing claim and dismissal of Defendant

2   Whitford.  See <u>Noll v. Carlson</u>, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given

3   notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

4          Accordingly, IT IS HEREBY RECOMMENDED that Defendant Whitford be

5   dismissed, and Plaintiff's claim regarding his disciplinary hearing be dismissed.

6          These findings and recommendations are submitted to the United States District

7   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within

8   twenty days after being served with these findings and recommendations, plaintiff may file

9   written objections with the court.  Such a document should be captioned "Objections to

10  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

11  objections within the specified time waives all objections to the judge's findings of fact.  <u>See</u>

12  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the

13  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

14  F.2d 1153 (9th Cir. 1991).

15  IT IS SO ORDERED.

16  **Dated:    November 6, 2008**            _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26