IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

        Plaintiff,                      1:06 CV 0850 AWI  WMW   PC

  vs.                             ORDER FINDING COMPLAINT
                                      STATES A COLORABLE CLAIM
                                      AND DIRECTING PLAINTIFF
                                      TO COMPLETE USM 285 FORMS

C/O RANGEL,

        Defendant.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on the August 16, 2007, first amended complaint.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Rangel for excessive force, in violation of the Eighth Amendment.  Accordingly, it is HEREBY ORDERED that:

     1.     Service is appropriate for the following defendants:

             C/ O RANGEL

     2.     The Clerk of the Court shall send to plaintiff one USM-285 form, one

1  summonses, a Notice of Submission of Documents form, an instruction sheet and
2  a copy of the first amended complaint filed August 16, 2007.
3  3.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the
4      attached Notice of Submission of Documents and submit the completed Notice to
5      the court with the following documents:
6      a.  Completed summons;
7      b.  One completed USM-285 form for each defendant listed above; and
8      c.  Two copies of the endorsed first amended complaint filed August 17,
9          2007.
10 4.  Plaintiff need not attempt service on defendants and need not request waiver of
11     service. Upon receipt of the above-described documents, the court will direct the
12     United States Marshal to serve the above-named defendants pursuant to Federal
13     Rule of Civil Procedure 4 without payment of costs.
14 5.  <u>The failure to comply with this order will result in a recommendation that this
15     action be dismissed</u>.

19 IT IS SO ORDERED.
20 **Dated:  November 6, 2008**           /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

2