IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | 1:06-cv-0850 AWI WMW (PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| vs. | |
| C/O RANGEL, | (Motion#28) |
|     Defendant. | 30-DAY DEADLINE |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2009, plaintiff filed a motion to extend time to file an opposition to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   March 4, 2009**            /s/  **William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE