IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, ) Plaintiff, ) v. ) C/O RANGEL, ) Defendant. ) | 1:06-CV–0850 AWI YNP SMS (PC) ORDER ADOPTING FINDINGS AND RECOMMENDATION |

 Plaintiff, a state prisoner, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

 On November 6, 2008, the Magistrate Judge filed a Findings and Recommendation that recommended that Defendant Whitford be dismissed from this action and Plaintiff's claim regarding his disciplinary hearing be dismissed.   The Findings and Recommendation were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.   On November 17, 2008, Plaintiff filed objections.

 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) this court has conducted a de novo review of this case.   Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 6, 2008, is ADOPTED IN FULL;
2. Defendant Whitford is DISMISSED from this action;
3. Plaintiff's claim regarding his disciplinary hearing is DISMISSED.

IT IS SO ORDERED.

**Dated:   September 30, 2009**          _____/s/ Anthony W. Ishii_____
CHIEF UNITED STATES DISTRICT JUDGE

2