IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

    Plaintiff,               1: 06 CV 00850 AWI YNP SMS (PC)

  vs.                                ORDER

C/O RANGEL,

    Defendant.

On September 20, 2009, an order was entered, denying Defendant's motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6). Accordingly, IT IS HEREBY ORDERED that Defendant is directed to file a further response to the complaint within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   October 8, 2009**                        **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE

1