# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | CASE NO. 1:06-cv-00850-AWI-YNP PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 39) |
| P. RANGEL, et al., | |
| Defendants. | |

Plaintiff Robert Hackworth ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's motion requesting a scheduling order, filed on June 12, 2009. (Doc. #39.) The Court issued a discovery and scheduling order on November 10, 2009. (Doc. #44.) Therefore, Plaintiff's motion will be denied as moot.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion, filed on June 12, 2009, is DENIED.

IT IS SO ORDERED.

**Dated:   February 4, 2010**         /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

1