1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ROBERT HACKWORTH,                    CASE NO. 1:06-cv-00850-AWI-YNP PC

10                    Plaintiff,          ORDER DENYING MOTION

11      v.                               (Doc. 39)

12  P. RANGEL, et al.,

13                    Defendants.
                                    /
14

15        Plaintiff Robert Hackworth ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's

17  motion requesting a scheduling order, filed on June 12, 2009.  (Doc. #39.)  The Court issued a

18  discovery and scheduling order on November 10, 2009.  (Doc. #44.)  Therefore, Plaintiff's motion

19  will be denied as moot.

20        Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion, filed on June 12,

21  2009, is DENIED.

22

23  IT IS SO ORDERED.

24  **Dated:    February 4, 2010            _____/s/ Sandra M. Snyder_____**
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                    1