# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. RANGEL,<br><br>　　　　Defendant.<br>_____/ | CASE NO.   1:06-cv-850-AWI-MJS (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO TAKE DEPOSITION BY VIDEOCONFERENCE<br><br>(Doc. 55) |

Defendant Rangel has filed a Request[1] to Conduct Plaintiff Robert Hackworth's Deposition via Videoconference [Doc. 55]. Defendant asks for this relief in an attempt to minimize the expense associated with taking the deposition of a prisoner housed a significant distance from counsel for Defendant. Plaintiff has not opposed the Request.

For good cause shown, Defendant's Request to Conduct Plaintiff Robert Hackworth's Deposition via Videoconference [Doc. 55] is GRANTED. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain ///

///

///

---

[1] The Court notes that Rule 30(b)(4) provides that the Court may "on motion" authorize a deposition to be conducted remotely. Defendants are advised that any future request to take a deposition via video conference should be filed as a motion in accordance with the rules.

1

1  videoconferencing equipment if it is not already available.

7  IT IS SO ORDERED.

8  Dated:   June 22, 2010                     /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

2