# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | CASE NO. 1:06-cv-850-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR DISCOVERY |
| v. | (ECF No. 60) |
| P. RANGEL, | |
| Defendant. | |

Plaintiff Robert Hackworth ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiff's "Motion Requesting the Court to Order (Old Corcoran Prison) to Trun [sic] the Recorded Interview over to the Court that took place between Plaintiff and Battles." (ECF No. 60.) Plaintiff appears to be asking the Court to compel Defendant to produce certain evidence relevant to this case.

On November 10, 2009, the Court issued a Discovery and Scheduling Order that stated: "The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be 7/10/2010." (ECF No. 44 ¶ 7.) Plaintiff signed the instant motion on September 30, 2010, well after the discovery deadline had passed. (ECF No. 60.) Accordingly, Plaintiff's Motion is untimely.

For the reasons stated above, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

Dated: October 25, 2010          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE