# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. RANGEL, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO.   1:06-cv-850-AWI-MJS (PC)<br><br>ORDER GRANTING LEAVE TO FILE SURREPLY<br><br>(ECF No. 67)<br><br>PLAINTIFF'S SURREPLY DUE 1/12/11 |

　　　Plaintiff Robert Hackworth ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's "Motion Requesting Leave to Respond to Defendant Rangel's Reply in support of his Summary Judgment Motion" in which Plaintiff seeks leave to file a surreply to Defendant's Motion for Summary Judgment.

　　　For good cause shown, Plaintiff's Motion is GRANTED.  Plaintiff's surreply, if any, must be filed not later than **January 12, 2011**.

IT IS SO ORDERED.

Dated:   December 23, 2010　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE