UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>                Plaintiff,<br><br>   v.<br><br>P. RANGEL, et al.,<br><br>               Defendants.       / | CASE NO. 1:06-cv-0850-AWI-MJS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXCERPTS FROM THE RECORD<br><br>(ECF No. 84) |

Plaintiff Robert Hackworth ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court granted Defendant Rangel's motion for summary judgment on October 6, 2011 and dismissed this action. (ECF Nos. 77 & 78.) Plaintiff initiated an appeal on October 17, 2011. (ECF No. 79.) Plaintiff's appeal is currently pending.

On November 3, 2011, Plaintiff filed a motion requesting excerpts of the record for his appeal. (ECF No. 84.) However, Plaintiff does not explain what documents he seeks from the Court.

///
///
///
///
///

Accordingly, since the Court cannot determine what relief Plaintiff is seeking, Plaintiff's motion is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   June 27, 2012              /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE