FILED
OCT 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | Case No. 1:06-cv-00850-BAM (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE KEVIN E. FIELDS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| P. RANGEL, et al., | |
| Defendants. | |

Jury trial in this matter commenced on October 22, 2013. Inmate witness Kevin E. Fields completed his testimony and was discharged by the Court on October 22, 2013.

Accordingly, inmate witness **Kevin E. Fields, CDC # P-83425**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: 10/22/13

/s/ Barbara A. McAuliffe
BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE