**FILED**

OCT 2 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | Case No. 1:06-cv-00850-BAM (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON OCTOBER 23, 2013, AT 8:30 A.M. IN COURTROOM 8 (BAM) |
| v. | |
| P. RANGEL, et al., | |
| Defendants. | |

Plaintiff Robert Hackworth, inmate, CDC # C-96290, shall be produced to testify before the United Stated District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, October 23, 2013.

It is so ORDERED.

DATED: 10/22/13

BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE