FILED
OCT 23 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>  Plaintiff,<br><br>  v.<br><br>P. RANGEL, et al.,<br><br>  Defendants. | Case No. 1:06-cv-00850-BAM (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON OCTOBER 24, 2013, AT 8:30 A.M. IN COURTROOM 8 (BAM) |

Plaintiff **Robert Hackworth, inmate, CDC # C-96290**, shall be produced to testify before the United Stated District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Thursday, October 24, 2013.

It is so ORDERED.

DATED: 10/23/13

_____
BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE