**FILED**

OCT 2 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, | Case No. 1:06-cv-00850-BAM (PC) |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| P. RANGEL, et al., | |
| Defendants. | |

Jury trial in this matter commenced on October 22, 2013 and was concluded on October 24, 2013.

Accordingly, **Robert Hackworth, CDC # C-96290**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: 10/24/13      /s/ McAuliffe

BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE