UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,
    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1: 06-CV-00850-BAM-PC

P. RANGEL,
    Defendant.
_____/

    X    JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that is found in favor of Defendant P. Rangel and against Plaintiff Robert Hackworth.

DATED:  10/29/2013

        MARIANNE MATHERLY, Clerk

        By:  /s/ H.A. Herman
            Deputy Clerk

judgment.civ.wpd
5/6/2013