UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>    Plaintiff,<br><br>    v.<br><br>P. RANGEL, et al.,<br><br>    Defendants. | Case No.: 1:06-cv-00850-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR TRANSCRIPTS<br>(ECF No. 184) |

    Plaintiff Robert Hackworth ("Plaintiff"), a state prisoner, proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff pursued an excessive force claim against Defendant Rangel. Following a trial, the jury returned a verdict in favor of Defendant Rangel and judgment was entered. Plaintiff appealed.

    On February 6, 2015, the Court of Appeals for the Ninth Circuit authorized production of the reporter's transcripts at government expense for the following dates: October 22, 23 and 24, 2013. The Ninth Circuit directed that no further authorization from the district court was necessary and that transcripts were due on March 16, 2015. (ECF No. 183.)

    On February 25, 2015, Plaintiff filed a motion requesting transcripts pursuant to the Ninth Circuit's order. (ECF No. 184.)

1  On March 16, 2015, in compliance with the Ninth Circuit's order, the court reporter filed the
2  transcripts.  (ECF Nos. 186, 187, 188.)
3  Accordingly, Plaintiff's motion requesting transcripts is HEREBY DISREGARDED.
4  IT IS SO ORDERED.

5  Dated:   **March 18, 2015**                            /s/ *Barbara A. McAuliffe*
6                                                                        UNITED STATES MAGISTRATE JUDGE